# UNITED STATES DISTRICT COURT
# SOURTHER DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HANOVER INSURANCE GROUP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-02790 |
| | § | |
| BRUMAN AND BAER, P.C., et al., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF HANOVER INSURANCE GROUP'S
## NOTICE OF SETTLEMENT AND REQUEST FOR CONDITIONAL DISMISSAL

Plaintiff, Hanover Insurance Group, hereby gives notice that the underlying lawsuit and the instant insurance coverage dispute settled at mediation on September 24, 2024. The parties in the underlying lawsuit are in the process of finalizing a settlement agreement in order to dismiss all pending claims.

Hanover respectfully requests that this Court enter an Order of Conditional Dismissal, which allows the parties to the underlying lawsuit thirty (30) days to complete the settlement and, during which time, Plaintiff requests that the Court retain jurisdiction over this matter until the underlying lawsuit is fully resolved.

Date: September 27, 2024                Respectfully submitted,

                                                 **WALKER WILCOX MATOUSEK, LLP**

                                                 By:   */s/ Kristine M. Sorenson*
                                                        Kristine M. Sorenson
                                                        State Bar of Texas No. 24072446
                                                        S.D. Texas Bar No. 1044078
                                                        ksorenson@walkerwilcox.com
                                                        1001 McKinney Street, Suite 2000
                                                        Houston, Texas 77002
                                                         Tel: (713) 343-6580

**ATTORNEY FOR PLAINTIFF,**
**HANOVER INSURANCE GROUP**

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of September, 2024, a true and correct copy of the foregoing document was filed electronically and served using the CM/ECF system and via email to counsel of record.

By: */s/ Kristine M. Sorenson*
Kristine M. Sorenson