UNITED STATES DISTRICT COURT
SOURTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANOVER INSURANCE GROUP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-02790 |
| BRUMAN AND BAER, P.C., et al., | § § § | |
| Defendant. | § | |

## ORDER OF CONDITIONAL DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that the settlement of this action has been reached. The case is DISMISSED without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas on this \_\_\_\_ day of September, 2024.

_____
Christina A. Bryan
United States Magistrate Judge